# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**675**

**KA 11-01490**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                              ORDER

GEORGE P. SQUIRES, DEFENDANT-APPELLANT.

---

WILLIAMS, HEINL, MOODY & BUSCHMAN, P.C., AUBURN (RYAN JAMES MULDOON OF COUNSEL), FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from a resentence of the Cayuga County Court (Thomas G. Leone, J.), rendered June 22, 2011.  Defendant was resentenced upon his conviction of aggravated unlicensed operation of a motor vehicle in the first degree and misdemeanor driving while intoxicated.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Entered:  June 8, 2012                                    Frances E. Cafarell
                                                         Clerk of the Court